FILED
January 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002383995

Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for Debtor(s) Michael S. Wilson & Mary S. Wilson

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re

Michael S. Wilson
XXX-XX-2111

Mary S. Wilson
XXX-XX-0695

Debtors.

Case No. 10-21431-D-7

DC No.: SNM-1
DATE: MARCH 3, 2010
TIME: 10:00 A.M.
DEPT#: D - COURTROOM 34
HONORABLE JUDGE BARDWIL

# MOTION FOR AN ORDER APPROVING ABANDONMENT OF
# JERRY KOSAK CHIROPRACTIC, INC (A CALIFORNIA CORPORATION)

TO THE HONORABLE BANKRUPTCY JUDGE,

This Motion of Michael S. Wilson and Mary S. Wilson respectfully represents:

1. Movants filed a voluntary petition for relief under Title 11 of the United States code on January 22, 2010.
2. At the time of the entry of the order for relief debtors were in possession of the following described property: Jerry Kosak Chiropractic, Inc., a California corporation, described on Schedule B and as more particularly described on debtors declaration filed herewith.
3. The property so described is claimed as exempt by the debtors under CCP 703.140(b)(5) and no administration by the trustee is contemplated.
4. Movants desire to continue to operate said corporation during the pending of the bankruptcy proceeding and require an order of abandonment under

-1-

Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: January 29, 2010

/s/ Stephen Murphy
STEPHEN MURPHY
Attorney for Movants